HAROLD A. BLAKE, Respondent, *v.* THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant.

*Libel — when complaint states cause of action.*

Blake v. Sun Printing & Publishing Assn., 188 App. Div. 998, affirmed.

(Argued April 13, 1920; decided April 27, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1919, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for libel. The complaint alleged that the publication complained of in effect falsely accused plaintiff (an attorney) with having participated in securing a false confession of the crime of murder by improper methods and practices. Defendant contended that the article complained of was not libelous *per se;* that because of the absence of a proper allegation of special damage the matters of inducement in the complaint could not avail the plaintiff nor make out a cause of action for libel, and that even when read in connection with the 'extrinsic facts pleaded, the publication complained of made no defamatory charge against the plaintiff.

The following question was certified: " Does the com-

plaint herein state facts sufficient to constitute a cause of action? "

*Macdonald De Witt* for appellant.

*Harold A. Blake* for respondent.

Judgment affirmed, with costs, and question certified answered in the affirmative; no opinion.

. Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.